IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| DEBRA MOORE and GAIL MACMURRAY, Individually, And In A Representative Capacity For All Persons Identified By RSMo. 573.080<br><br>Plaintiffs.<br>v.<br><br>WORTH COUNTY NURSING HOME DISTRICT D/B/A WORTH COUNTY CONVALESCENT CENTER<br><br>and<br><br>BEVERLY MILLER<br><br>and<br><br>JENNIFER RUNNELS<br><br>and<br><br>AMRIT P. SINGH, MD<br><br>**Defendants.** | Case No.: 5:16-cv-06120<br><br>JURY TRIAL DEMAND |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs move to dismiss this matter without prejudice. To date, no Defendant has answered the complaint nor filed a motion for summary judgment. Therefore, dismissal without prejudice is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

WHEREFORE, Plaintiffs request that the Court dismiss this matter without prejudice.

Respectfully submitted,

THE STEELE LAW FIRM

/s/ Jonathan Steele
Jonathan Steele          MO # 63266
7500 College Blvd. Suite 700
Overland Park, KS 66210
Telephone: 913.608.4133
E-mail: jonathan@jsteelelawfirm.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Notice of Dismissal was filed electronically on the 11th day of November, 2016, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Keith J. Schieber
FERGUSON AND SCHIEBER
1009-D West St. Maartens Drive
St. Joseph, MO 64506
Telephone: (816) 390-8800
Facsimile: (816) 233-5364
E-mail: fands_law@sbcglobal.net

**ATTORNEYS FOR SEPARATE DEFENDANTS**
**WORTH COUNTY NURSING HOME DISTRICT,**
**BEVERLY MILLER AND JENNIFER RUNNELS**

Timothy S. Frets
Mary C. O'Connell
John W. Witten
DOUTHIT FRETS ROUSE GENTILE & RHODES, L.L.C.
5250 W. 116th Place, Suite 400
Leawood, KS 66211

**ATTORNEYS FOR DEFENDANT AMRIT P. SINGH, M.D.**