IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | | |
|---|---|---|
| DEBRA MOORE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 16-CV-06120-DW |
| | ) | |
| v. | ) | |
| | ) | |
| WORTH COUNTY NURSING HOME | ) | |
| DISTRICT, d/b/a WORTH COUNTY | ) | |
| CONVALESCENT CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pursuant to Plaintiffs' Notice of Dismissal Without Prejudice (Doc. 14), it is hereby ORDERED that this case is DISMISSED WITHOUT PREJUDICE. Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of Court shall terminate any pending motions, and shall then mark this case as closed.

IT IS SO ORDERED.


Date: November 15, 2016                             /s/ Dean Whipple
                                                    Dean Whipple
                                                    United States District Judge